IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01037-RPM

HAROLD WEAVER,

     Plaintiff,

v.

THE HOME DEPOT U.S.A., INC.,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **June 5, 2012, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 31, 2012.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.  It is

FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to  D.C.COLO.LCivR 7.4.  It is

FURTHER ORDERED that the Amended Case Management Procedure and Scheduling Order Pursuant to C.R.C.P. Rule 16 [1-17] filed in the District Court, 8th Judicial District, on February 17, 2012, is vacated.

Dated: April 19th , 2012

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior District Judge