IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01037-RPM

HAROLD WEAVER,

      Plaintiff,

vs.

THE HOME DEPOT U.S.A., INC.,

      Defendant.

_____

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

On this date came to be considered Plaintiff Harold Weaver and Defendant Home Depot

U.S.A., Inc.'s Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears

to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff

Harold Weaver against Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice

to the re-filing same.

It is further ORDERED, ADJUDGED AND DECREED that all other costs herein incurred

shall be taxed against the party incurring same.

SIGNED on the 23rd day of January, 2013.

                     BY THE COURT:

                     s/Richard P. Matsch

                     _____
                     Richard P. Matsch, Senior District Judge